IN THE UNITED STATES BANKRUPTCY COURT

NEW JERSEY

IN PROCEEDINGS:

26-19204

DEBTOR(S):

APRIL C FOSTER

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $451.73

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:

9/11/2026