UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

April C. Foster
31 Point Breeze AVE
Clementon, NJ 08021

CHAPTER: 13
CASE NUMBER: 26-19204
CLAIM AMOUNT: $1129.33
CLAIM: 7

Debtors.

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim 7, filed 9/15/2026, in the amount of $1129.33.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 17th day of September, 2026.

Jefferson Capital Systems LLC

By: /s/ Erin Antonson
Erin Antonson Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | April C. Foster<br>31 Point Breeze AVE<br>Clementon, NJ 08021 |
| Debtor's Attorney: | Mitchell Chambers Jr<br>602 Little Gloucester RD Suite 5<br>Blackwood, NJ 08012 |
| Chapter 13 Trustee: | Andrew B. Finberg<br>535 Route 38, Ste 580<br>Cherry Hill, NJ 08002 |

by submitting electronically with the court.

This 17th day of September, 2026.

Jefferson Capital Systems LLC

By: /s/ Erin Antonson
Erin Antonson Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314