| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>April C. Foster | Case No.: 26-19204<br>Chapter: 13<br>Judge: ~~JNP~~ |

**NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES**

TO: Mitchell L Chambers, Jr.

This will confirm that on 10/19/2026 the following document(s) was filed by you.

☒ Amendment to Schedule(s) A/B,C,D,

☐ Missing Documents, including Schedule(s) ________,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 10/20/2026 Jeanne A. Naughton, Clerk

*rev.1/4/17*