| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LAW OFFICES OF MITCHELL CHAMBERS<br>602 LITTLE GLOUCESTER ROAD<br>SUITE 5<br>BLACKWOOD, NJ 08012 | Case No.: 26-19204<br><br>Chapter: 13 |
| In Re:<br><br>APRIL FOSTER | Adv. No.: ____________<br><br>Hearing Date: 11/18/26<br><br>Judge: JNP |

## CERTIFICATION OF SERVICE

1. I, MITCHELL CHAMBERS, ESQ. :

☒ represent DEBTOR in this matter.

☐ am the secretary/paralegal for ____________________________, who represents ________________________________ in this matter.

☐ am the ________________________ in this case and am representing myself.

2. On 10/21/26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
COPY OF THE COURT'S 10/20/26 ORDER ALONG WITH THE LAST FILED PLAN.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/21/26

/S/ MITCHELL LEE CHAMBERS, ESQ.
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 0710 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | SECURED CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US DEPARTMENT OF HUD<br>C/O MANAGING OFFICER<br>26 FEDERAL PLAZA<br>STE 3541<br>NEW YORK, NY 10278 | SECURED CREDITORS | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |